COURT OF
APPEALS

                                                    EIGHTH DISTRICT
OF TEXAS

                                                               EL
PASO, TEXAS

 

                                                                              )     

                                                                              )                         No.  08-02-00509-CV

IN RE:                                                                   )

                                                      )                 AN ORIGINAL PROCEEDING

BORDER STEEL ROLLING MILLS,
INC.,        )     

                                                                              )                             IN MANDAMUS

Relator.                  )

 

MEMORANDUM
OPINION

 

This
is an original proceeding in mandamus. 
Border Steel Rolling Mills, Inc., Relator, filed a petition seeking a writ of mandamus.  Subsequently, Relator
determined that certain federal court orders had been appealed to the Fifth
Circuit and relief granted in favor of the Real Party in Interest.  Relator has now
filed a motion to withdraw the petition. 
The motion is granted and the mandamus proceeding is dismissed.

 

January 16, 2003

                                                                        


ANN CRAWFORD McCLURE, Justice

 

Before Panel No. 4

Barajas, C.J., Larsen, and
McClure, JJ.